# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

SEAN STANDIFER,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

Case No. 2:13-CV-01878-KJD-CWH

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#21) of Magistrate Judge C.W. Hoffman, Jr. entered on May 1, 2015, recommending that the present case be remanded for a determination of Plaintiff's residual functional capacity. Defendant Carolyn W. Colvin filed an objection (#22) to the report and recommendation. Plaintiff Sean Standifer filed a response (#23).

    This Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2. The Court determines that the Report and Recommendation (#21) of the United States Magistrate Judge entered May 1, 2015, should be **ADOPTED** and **AFFIRMED**.

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#21) entered May 1, 2015, are **ADOPTED** and **AFFIRMED**;

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Remand or Reversal (#16) be **DENIED IN PART** as to Plaintiff's request to reverse and **GRANTED IN PART** as to

1   Plaintiff's request to remand.

2   **IT IS FINALLY ORDERED** that Defendant's Cross Motion to Affirm (#17) is
3   **DENIED**.

4   DATED this   12th   day of June 2015.

```
                                        _____
                                        Kent J. Dawson
                                        United States District Judge
```